UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMI KALEVA KIVINEN, Plaintiff | CIVIL ACTION NO. 1:20-CV-0870-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DHS/ICE, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), and after a *de novo* review of the record, including the Objection filed by Plaintiff (ECF No. 11), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's federal claims are hereby be DENIED and DISMISSED WITH PREJUDICE under § 1915(e)(2)(b) and § 1915A, and Plaintiff's negligence claim, over which the Court declines to exercise supplemental jurisdiction, is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 29th day of September, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE